**NORMAN W. JOHANSON**
**Product Design & Manufacturing**

**PROFESSIONAL EXPERIENCE**

**NORMAN W. JOHANSON**
**Product Design & Manufacturing**

**ROBSON FORENSIC, INC**                                    (Forensic Engineering)
*Associate*                                                           1995-present
Provide technical investigations, analysis, reports, and testimony for failure analysis, and towards
the resolution of commercial and personal injury litigation involving product liability or
mechanical and industrial incidents.

**NJ TECHNOLOGY**                                    (Product Design and Development)
*Engineering Manager*                                                 1992-1995
Product development for the consumer products, pharmaceutical, medical and semi-conductor
process equipment fields.  Prepare feasibility studies; bid document preparation; bidding and client
negotiation; program management; and financial administration.

**MATERIALS RESEARCH CORPORATION**        (Semiconductor Process Equipment)
*Manager of Manufacturing Engineering*                                1991-1992
Managed engineering functions for production of complex semiconductor process equipment.
Responsible for: facility design; maintenance & upgrade work; specification development;
contractor negotiations; document preparation; factory safety inspection; documentation
preparation; revisions and maintenance; support of field engineering; new equipment startup.

**EMCORE CORPORATION**                         (Semiconductor Process Equipment)
*Development Group Manager*                                           1988-1990
Handled all product development.  HazMat trained; worked with variety of toxic and flammable
chemicals in solid, liquid and gaseous form.  Responsibilities included: monitoring contaminant
levels during equipment operation; contaminant cleanup; and safety engineering.

**S. F.  PRODUCTS CORPORATION**        (High-Temperature Research Equipment)
*U.S. General Manager*                                               1984-1988
Designed & produced custom high temperature equipment.  Reviewed safety issues, developed
hazardous gas handling, thermal safety shields, and electrical interlock controls for equipment.

**FARBERWARE**                            (Appliances, Housewares, and Cookware)
*Director of Engineering*                                            1981-1984
Design and development of consumer and commercial appliances, housewares, and cookware;
developed production safety testing equipment; oversaw equipment upgrades, safety device
installation, and safe operating practice training; worked closely with customer service in
reviewing field failures, safety issues, and litigation; developed specialized functional and safety

**NORMAN W. JOHANSON**
**Product Design & Manufacturing**

testing methods.  Company representative to Cookware Manufacturer's Association; participated in industry-wide reviews of product and manufacturing process safety issues such as carpal-tunnel syndrome and toxicity of painting and enameling compounds.

**EXXON  ENTERPRISES, INC.**                    (Ink Jet Printing Equipment)
*Electro-Mechanical Department Manager*                    1977-1981
Managed engineering, design, and fabrication of office and computer peripheral products. Developed production methods & equipment for production of complex printer products.

**APPLIANCE HEATER CORPORATION**        (Heater and Heating Elements Production)
*Operations Manager*                    1974-1977
Developed custom machining equipment, performed all machining, stamping, forming, and thermal processing operation on steel, copper alloy, aluminum, and high temperature metals. Performed powder fill, compaction, and sealing processes.  Performed failure analysis work.

**HAMILTON BEACH,  Division of SCOVILL MFG. CO.**        (Small Household Appliances)
*Engineering Project Manager*                    1971-1974
Responsible for design, development, and product line engineering of appliance products. Conducted "Reverse Engineering" evaluation of competitive appliances.  Tested products under normal and abnormal conditions to ascertain safety and reliability.  Developed and supervised product test procedures.

**THE KANTHAL CORPOATION**                    (Wire Products and Heater Manufacturing)
*Laboratory Engineer*                    1965-1971
Managed application engineering, product testing, failure analysis, customer support, and metallurgical evaluation functions.  Chemical testing and control of descaling, etching, bright dipping, and wire coating baths.  Set up thermocouple calibration facility.  Participated in American Standards & Testing (ASTM) committee activities.

**ZELL PRODUCTS CORPORATION**        (Hermetic Sealing Semiconductor Packaging)
*Inspection Dept. Supervisor, Project Engineer, R&D Engineer*                    1959-1965
Supervised Inspection Department, conducted process development on glass- and ceramic-to-metal sealing operation, participated in ASTM committee standards work, designed new products and conducted scientific studies of oxide formation, glass formulation, and alloy customization for optimum sealing performance.

**NORMAN W. JOHANSON**
**Product Design & Manufacturing**

**CERTIFIED MANUFACTURING ENGINEER**, in the field of Product Engineering for
Manufacturing, by the Society of Manufacturing Engineers               Certified in 1977

**PRIVATE INVESTIGATOR,**
States of Pennsylvania, New Jersey, New York and West Virginia

**EDUCATION**
Bridgeport Engineering Institute, Bridgeport, CT - B.S., Mechanical Engineering       1973
Hawthorne School of Aeronautics, Moultrie, GA - Completion Certification       1959

*Many Continuing Education programs, including:*

| | |
|---|---|
| Concurrent Engineering | Cluster Tool Technology |
| Computer-Aided Design | Fukuda Techniques |
| Interactive Management | Investigation of Gas & Electric Appliance Fires |
| Product Development | Statistical Process Control |
| Theory of Constraints | Total Quality Management |
| ISO-9000 | Quality Assurance |
| Vacuum Technology | HazMat Training |
| Presentation Techniques | Business Law |
| NFPA 921 | |

**AFFILIATIONS**

American Society of Mechanical Engineers
American Society of Safety Engineers
American Society for Metals
National Fire Protection Association
Society of Manufacturing Engineers
Society of Fire Protection Engineers
Pennsylvania Association of Arson Investigators